IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BADRA KABA, :
:
          Petitioner, :
:
v. : Case No. 7:25-cv-00016-WLS
:
UNKNOWN, :
:
          Respondent. :

## ORDER

*Pro se* Petitioner Badra Kaba filed a pleading challenging his current pre-trial detention in the Liberty County Jail on a bench warrant for a criminal case pending in the Superior Court of Bryan County. ECF No. 1. Plaintiff requests release from custody. *Id.* at 2. Plaintiff's pleading is construed and docketed as a habeas petition under 28 U.S.C. § 2241. Both Liberty County and Bryan County are located in the Southern District of Georgia. 28 U.S.C. § 90(c)(3).

28 U.S.C. § 2241(d) permits a state prisoner's habeas petition to be filed in the district within which the prisoner was convicted or in the district within which the prisoner is confined and permits discretionary transfer by the Court from one such district to the other. It is the long-standing policy and practice of the United States District Courts for the Middle, Northern, and Southern Districts of Georgia to cause all such petitions to be filed in, or transferred to, the district within which the state prisoner was convicted. Adherence to this practice and policy results in each district court considering habeas matters coming only from state courts within its jurisdiction and in an equitable distribution

of habeas cases between the districts of this State.

Consistent with this policy and practice, this habeas corpus petition is hereby **TRANSFERRED** to the **SOUTHERN DISTRICT OF GEORGIA** along with all orders, motions, affidavits, pleadings, and exhibits (if any) filed herein for further proceedings under 28 U.S.C. § 2241.

**SO ORDERED**, this _12th_ day of February, 2025.

_W. Louis Sands_
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT